# Exhibit 4

## Declaration of Renny Palumbo

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MIKE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: _____ |
| | ) | |
| v. | ) | Removal from |
| | ) | Jackson County Circuit Court |
| RENNY PALUMBO, et al., | ) | Case No.: 1816-CV12118 |
| | ) | Division 15 |
| Defendants. | ) | |

## DECLARATION OF RENNY PALUMBO IN SUPPORT OF REMOVAL

I, Renny Palumbo, hereby declare as follows:

1. I am a Defendant in the above styled action.

2. When this action was originally filed in State Court in Jackson County, Missouri, I resided in Kansas City, Missouri.

3. In May of 2019, my employer closed its offices in Kansas City, Missouri and I relocated to Chicago, Illinois.

4. I have been a resident of Chicago, Illinois since May 2019.

5. My move to Chicago, Illinois was not in any way related to this lawsuit brought by Mr. Davis.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2019 at Chicago, Illinois.

_____
Renny Palumbo