# Exhibit 5

Consents to Removal

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| MIKE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 4:19-cv-686 |
| | ) | |
| v. | ) | Removal from |
| | ) | Jackson County Circuit Court |
| RENNY PALUMBO, et al., | ) | Case No.: 1816-CV12118 |
| | ) | Division 15 |
| Defendants. | ) | |

## DEFENDANT CARDCONNECT, LLC'S
## CONSENT TO REMOVAL

COMES NOW Defendant, CardConnect, LLC, by and through its undersigned attorneys, Jackson Lewis P.C., and, pursuant to 28 U.S.C. § 1446(b)(2)(A), hereby consents to the removal of this action from the Circuit Court of Jackson County, Missouri to the United States District Court, as filed by Co-Defendant, Fiserv, Inc. on August 29, 2019.

DATED: August 29, 2019

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar # 52660
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On this 29th day of August 2019, I certify that a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF electronic filing system with a copy sent via electronic mail and via first-class U.S. mail, postage prepaid, to the following counsel of record:

Stephen Bradley Small, Esq.  MO #33097
LAW OFFICES OF
STEPHEN BRADLEY SMALL, LLC
Box 414678
Kansas City, MO 64141-4678
SBSESQ@aol.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Kyle B. Russell*_____
**ATTORNEY FOR DEFENDANTS**

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **MIKE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No: 4:19-cv-686** |
| | ) | |
| **v.** | ) | **Removal from** |
| | ) | **Jackson County Circuit Court** |
| **RENNY PALUMBO, et al.,** | ) | **Case No.: 1816-CV12118** |
| | ) | **Division 15** |
| **Defendants.** | ) | |

## DEFENDANT CARDCONNECT CORP.'S
## <u>CONSENT TO REMOVAL</u>

COMES NOW Defendant, CardConnect, Corp., by and through its undersigned attorneys, Jackson Lewis P.C., and, pursuant to 28 U.S.C. § 1446(b)(2)(A), hereby consents to the removal of this action from the Circuit Court of Jackson County, Missouri to the United States District Court, as filed by Co-Defendant, Fiserv, Inc. on August 29, 2019.

DATED: August 29, 2019            Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar # 52660
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

On this 29th day of August 2019, I certify that a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF electronic filing system with a copy sent via electronic mail and via first-class U.S. mail, postage prepaid, to the following counsel of record:

Stephen Bradley Small, Esq.  MO #33097
LAW OFFICES OF
STEPHEN BRADLEY SMALL, LLC
Box 414678
Kansas City, MO 64141-4678
SBSESQ@aol.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Kyle B. Russell*
**ATTORNEY FOR DEFENDANTS**

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| **MIKE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No: 4:19-cv-686** |
| | ) | |
| **v.** | ) | **Removal from** |
| | ) | **Jackson County Circuit Court** |
| **RENNY PALUMBO, et al.,** | ) | **Case No.: 1816-CV12118** |
| | ) | **Division 15** |
| **Defendants.** | ) | |

## DEFENDANT FIRST DATA CORPORATION'S
## <u>CONSENT TO REMOVAL</u>

COMES NOW Defendant, First Data Corporation, by and through its undersigned attorneys, Jackson Lewis P.C., and, pursuant to 28 U.S.C. § 1446(b)(2)(A), hereby consents to the removal of this action from the Circuit Court of Jackson, County Missouri to the United States District Court, as filed by Co-Defendant, Fiserv, Inc. on August 29, 2019.

DATED: August 29, 2019

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar # 52660
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

On this 29th day of August 2019, I certify that a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF electronic filing system with a copy sent via electronic mail and via first-class U.S. mail, postage prepaid, to the following counsel of record:

Stephen Bradley Small, Esq.  MO #33097
LAW OFFICES OF
STEPHEN BRADLEY SMALL, LLC
Box 414678
Kansas City, MO 64141-4678
SBSESQ@aol.com

**ATTORNEY FOR PLAINTIFF**


*/s/ Kyle B. Russell*
**ATTORNEY FOR DEFENDANTS**

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **MIKE DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No: 4:19-cv-686** |
| | ) | |
| **v.** | ) | **Removal from** |
| | ) | **Jackson County Circuit Court** |
| **RENNY PALUMBO, et al.,** | ) | **Case No.: 1816-CV12118** |
| | ) | **Division 15** |
| **Defendants.** | ) | |

**DEFENDANT RENNY PALUMBO'S
<u>CONSENT TO REMOVAL</u>**

COMES NOW Defendant, Renny Palumbo, by and through his undersigned attorneys,

Jackson Lewis P.C., and, pursuant to 28 U.S.C. § 1446(b)(2)(A), hereby consents to the removal

of this action from the Circuit Court of Jackson County, Missouri to the United States District

Court, as filed by Co-Defendant, Fiserv, Inc. on August 29, 2019.

DATED: August 29, 2019

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar # 52660
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

On this 29th day of August 2019, I certify that a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF electronic filing system with a copy sent via electronic mail and via first-class U.S. mail, postage prepaid, to the following counsel of record:

Stephen Bradley Small, Esq.  MO #33097
LAW OFFICES OF
STEPHEN BRADLEY SMALL, LLC
Box 414678
Kansas City, MO 64141-4678
SBSESQ@aol.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Kyle B. Russell*_____
**ATTORNEY FOR DEFENDANTS**

2